**Rigoberto LOPEZ, Petitioner—Appellant,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE; San Pedro Detention Center; Las Vegas Detention Center; Thomas Schiltgen, District Director of Ins; Doris Meissner, Commissioner of Ins; John Ashcroft, Attorney General; Leonard Kovensky, Assistant District Director of Deportation and Detention of the Ins; Roberto Sanchez, Deportation Officer, Respondents—Appellees.**

No. 00–56581.

D.C. No. CV–00–08552–DT.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 4, 2002.*

Decided Feb. 28, 2002.

Before PREGERSON, RYMER, and T.G. NELSON, Circuit Judges.

## ORDER **

As the Immigration and Naturalization Service correctly conceded, the district court had subject matter jurisdiction to

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

consider Rigoberto Lopez's habeas corpus petition.[1] Accordingly, we **reverse** the district court's denial of Lopez's petition and **remand** the case to the district court. We leave to the district court the other issues that the INS has raised.

IT IS SO ORDERED.

---

1. *See INS v. St. Cyr*, 533 U.S. 289, 121 S.Ct. 2271, 2287, 150 L.Ed.2d 347 (2001) ("we conclude that habeas jurisdiction under § 2241 was not repealed by [the Antiterrorism and Effective Death Penalty Act] and [the Illegal Immigration Reform and Immigrant Responsibility Act]").

